442

McBRYDE SUGAR COMPANY, LIMITED,
Plaintiff-Appellant, Cross-Appellee, *v.* AYLMER F.
ROBINSON, et al., Defendants-Appellees,
Cross-Appellants

No. 4879

April 30, 1973

Richardson, C.J., Marumoto, Abe,
Levinson, JJ., and Circuit Judge Ogata
in Place of Kobayashi, J., Disqualified

*Per Curiam.* The motion for partial vacation of opinion or for opportunity to present evidence and argument is denied without argument.

Marumoto, J., having dissented from the opinion of the court, does not concur.

*William F. Quinn (Jenks, Kidwell, Goodsill & Anderson* of counsel) for defendant-appellee Olokele Sugar Company, Limited.